```
                                                            FILED
                                                        IN CLERK'S OFFICE
                                                    U S DISTRICT COURT E.D.N.Y.
                                                       ★  FEB 2 1 2012  ★
```


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X   BROOKLYN OFFICE

LEONARD GARNER,

                                Petitioner,

        -against-

WARDEN DUKE TERRELL,

                                Respondent.

------------------------------------------------------------X

**ORDER**

10-CV-2767 (NGG)

NICHOLAS G. GARAUFIS, United States District Judge.

      Petitioner Leonard Garner has petitioned this court for a writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, alleging that a condition of his confinement in the Metropolitan Detention Center of Brooklyn, New York, is unconstitutional. (Amended Pet. for Writ of Habeas Corpus (Docket Entry # 4) at 1-2.) The court issued an Order to Show Cause why a writ of habeas corpus should not issue to the United States. (Docket Entry # 5.) The United States has responded with evidence that Garner has been released from custody. (Reply in Opposition to Habeas Petition (Docket Entry # 6) at 1.) Garner's petition challenged only the conditions of his confinement, not his conviction or collateral consequences to it. (See Amended Pet. at 1-2.) Therefore, his release from detention means that he is no longer "in custody" as 28 U.S.C. §2241(c) requires for the writ to issue, and there is no relief that this court may grant. Garner's petition is dismissed as moot. The Clerk of Court is directed to close the case.

SO ORDERED.

                                                                       s/Nicholas G. Garaufis

Dated: Brooklyn, New York                 NICHOLAS G. GARAUFIS
       February 16, 2012                      United States District Judge

1